IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00372-OES-PAC

SUZANNE K. RANKIN,

Plaintiff(s),

vs.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

Defendant(s).

---

ORDER GRANTING DEFENDANT'S
REQUEST FOR RULING

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  September 30, 2005

The railroad has filed a request that asks me to rule on the issue of preemption

in regard to C.R.S. § 42-4-103, *et seq.*  The railroad directs me to its motion and reply

on this question.

The railroad has not asked in its pleadings that I determine that the statute has

preempted the field.  It has asked me to find, as a matter of fact, that certain physical

devices that were placed at the Clay Street crossing by the railroad and its independent

contractor comply with the provisions of the statute.  In its reply, the railroad stated that

I "should not admit evidence or testimony suggesting that the roadway barricades in

this case did not comply with the MUTCD."   I have no evidence from which I can make

that determination, and I decline to do so.

**ORDER**

It is therefore ORDERED that the Defendant Union Pacific Railroad Company's Request for Ruling on the Issue of State Law Preemption [Doc. 100, filed -0/29/2005] is GRANTED.  In response to the railroad's request that I determine as a matter of fact that the railroad's barricades complied with the uniform law, the request is denied.

Dated at Denver, Colorado, this day of:  September 30, 2005

BY THE COURT:


s/ O. Edward Schlatter
_____
O. Edward Schlatter
United States Magistrate Judge

2