IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00372-OES-PAC

SUZANNE K. RANKIN,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

Defendant.

ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge.**

      Trial of this matter is scheduled to begin before me on Tuesday, October 11, 2005. Defendant has indicated that a large roadway barricade such as those which are at issue in this case will be introduced as an exhibit at the trial. Security policies and procedures which exist at the Alfred A. Arraj United States Courthouse preclude or hamper the defense in bringing the proposed exhibit into the building without an express order of the court.

      Accordingly, it is hereby **ORDERED** that counsel for the defense is allowed to bring one (1) large roadway barricade into the Alfred A. Arraj United States Courthouse for purposes of trial in this lawsuit. Counsel for the defense is instructed to coordinate with

Rod Robinson of the United States Marshal Service at (303) 335-3400 to facilitate entry of the barricade into the building.

Dated at Denver, Colorado, this 5th day of October, 2005.

BY THE COURT:

s/ O. Edward Schlatter
_____
O. Edward Schlatter
United States Magistrate Judge