IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00372-OES-PAC

SUZANNE K. RANKIN,

      Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

---

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

      **THIS MATTER** comes before the Court on a Joint Stipulation for Dismissal with Prejudice.

      It is **ORDERED** that the above-entitled action and complaint be dismissed with prejudice, with each party to pay his or its own costs.

      Dated at Denver, Colorado, this day of: November 7, 2005

                                                BY THE COURT:

                                                s/ O. Edward Schlatter
                                                _____
                                                O. Edward Schlatter
                                                United States Magistrate Judge